# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLORADO

Civil Action No. 1:18-cv-02209-CMA-KLM

DEBRA GROSCH,

Plaintiff,

v.

LIBERTY INSURANCE CORPORATION,

Defendant

_____

## JOINT STIPULATION OF DISMISSAL WITH PREJUDICE
_____

Plaintiff, Debra Grosch, and Defendant, Liberty Insurance Corporation (collectively "the Parties"), by and through their undersigned counsel, hereby submit this Joint Stipulation of Dismissal with Prejudice as follows:

1. The Parties have reached a settlement of the above-captioned case and stipulate to the dismissal of this action, with prejudice.

2. A proposed order is filed herewith for the Court's convenience.

WHEREFORE, Plaintiff and Defendant respectfully request that this court enter an Order of Dismissal with Prejudice.

106878218_1

Respectfully submitted this 21st day of December, 2018.

| Speights and Worrich, LLC | LEWIS ROCA ROTHGERBER CHRISTIE LLP |
|---|---|
| *s/Jennifer A. Milne* | *s/ Holly C. White* |
| Andrew M. Newcomb, Esq. | Brian J. Spano, Esq. |
| Jennifer A. Milne, Esq. | Holly C. White, Esq. |
| Samuel F. Mitchell, Esq. | 1200 17th Street, Suite 3000 |
| 2149 South Holly Street, Suite 105 | Denver, Colorado 80202-5855 |
| Denver, CO 80222 | Telephone: 303-623-9000 |
| Phone: 303-662-8082 | E-mail: bspano@lrrc.com |
| E-mail: andrew@speightsfirm.com | hwhite@lrrc.com |
| jennifer@speightsfirm.com | |
| sam@speightsfirm.com | *Attorneys for Defendant Liberty Insurance Corporation* |
| *Attorneys for Plaintiff Debra Grosch* | |

106878218_1

## CERTIFICATE OF SERVICE

I hereby certify that on this 21st day of December, 2018, a true and correct copy of the foregoing **JOINT STIPULATION OF DISMISSAL WITH PREJUDICE** was filed via the CM/ECF system and was served upon the following:

Andrew M. Newcomb, Esq.
Jennifer A. Milne, Esq.
Samuel F. Mitchell, Esq.
Speights and Worrich, LLC
2149 South Holly Street, Suite 105
Denver, CO 80222
Phone:  303-662-8082
Fax:     303-662-8083
E-mail:  andrew@speightsfirm.com
             jennifer@speightsfirm.com
             sam@speightsfirm.com

*Attorneys for Plaintiff Debra Grosch*

*s/ Holly C. White*
Holly C. White, Esq.

106878218_1