IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**Judge Christine M. Arguello**

Civil Action No. 18-cv-02209-CMA-KLM

DEBRA GROSCH,

    Plaintiff,

v.

LIBERTY INSURANCE CORPORATION,

___

**ORDER OF DISMISSAL WITH PREJUDICE**
___

    THIS MATTER is before the Court on the parties' Joint Stipulation of Dismissal With Prejudice (Doc. # 20). The Court having reviewed the file and being fully advised in the premises, hereby

    ORDERS that this action be DISMISSED WITH PREJUDICE, each party to pay its own costs and attorneys' fees.

    DATED: December 31, 2018

                                        BY THE COURT:

                                        CHRISTINE M. ARGUELLO
                                        United States District Judge